# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR GOMEZ, <br><br> Petitioner, <br><br> v. <br><br> RAYMOND MADDEN, Warden, <br><br> Respondent. | Case No. CV 17-04678 SJO (AFM) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 3, 2018

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE